JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARVELLA SOAD QUIROZ-LARA,

Petitioner,

v.

TODD BLANCHE, ET AL.,

Respondents.

Case No. 5:26-cv-03917-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner Marvella Soad Quiroz-Lara (A# 213-530-970) ("Petitioner") from custody on her prior conditions of release (only those conditions in place prior to Petitioner's January 29, 2026 re-detention). Respondents shall also immediately return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1231 without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i). Respondents shall not attempt to remove Petitioner to any country other than Honduras without first providing written notice of their intent to do so and a meaningful opportunity to respond in reopened

removal proceedings under 8 U.S.C. § 1231(b)(3). Respondents shall file a notice of compliance **within three days**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 27, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE